JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MARTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>K-MART, a business entity form unknown; SEARS HOLDING CO., a business entity form unknown, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. ED CV13-02102 VAP SPx<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that the case *Jeffrey Marta V. K-Mart; Sears Holding Co.* is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED.

Dated: _APRIL 29, 2014

_____
JUDGE OF THE U. S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA